| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, COLORADO<br>Court Address: 1437 Bannock Street<br>                Denver, Colorado 80204 | DATE FILED: December 23, 2020 3:00 PM<br>FILING ID: 2C07B90CE4FDF<br>CASE NUMBER: 2020CV34329 |
| Plaintiff:<br>**MARTIN MAYO** an individual,<br><br>v.<br><br>Defendant:<br>**B&B BLENDING, LLC** a Colorado Limited Liability Company | ▲ **COURT USE ONLY** ▲ |
| *Attorney for Plaintiff*<br>Dan Ernst, Esq., # 53438<br>BAKER LAW GROUP, LLC<br>8301 East Prentice Avenue, Suite 405<br>Greenwood Village, CO 80111<br>Telephone: 303-862-4564<br>Fax: 970-704-5741<br>dan@jbakerlawgroup.com | Case No:<br>Hon. Judge:<br>Division:<br>Courtroom:<br>Date Filed: |
| **COMPLAINT AND JURY DEMAND** | |

Martin Mayo hereby submits his Complaint and Jury Demand against B&B Blending (Defendant, Employer, B&B) for Unlawful Racial Discrimination and Retaliation, through his attorneys at Baker Law Group, LLC, and states as follows:

### INTRODUCTION

Plaintiff alleges he complained to his superior at B&B that overtime was being distributed in a racially discriminatory manner. The truth of that complaint remains undisputed by B&B. In the administrative proceedings – initiated 2018 and terminating this September 29, 2020 when the EEOC issued its letter Notice of a Right to Sue B&B for unlawful racial discrimination and retaliation pursuant to Title VII, Civil Rights Act of 1964 – Defendant

provided no data disputing this claim. Plaintiff respectfully requests that initial disclosures in this matter include such data, including the history of overtime distribution by Employer and the race of the employees to whom overtime was granted.

Plaintiff also alleges that he was terminated in retaliation for his reporting this claim – summarily and within 45 minutes of the meeting with his superior when he raised the claim that overtime was being distributed in a racially biased manner. Based on this fact and additional allegations of a racially hostile environment at B&B, Plaintiff sues for Unlawful Retaliation.

The Equal Employment Opportunity Commission (EEOC) endorses Plaintiff's right to sue B&B on both charges: Unlawful Racial Discrimination and Retaliation, *see* **Exhibit A**, Notice of Right to Sue; and Plaintiff respectfully requests this Court and Jury award the maximum federal and state statutory penalties, economic and noneconomic damages, costs and attorneys' fees, and punitive damages if authorized, appropriate and owing Plaintiff.

## GENERAL ALLEGATIONS

1. Plaintiff Martin Mayo was hired by B&B Blending, Inc. on or about May 2009. B&B Blending, Inc. voluntarily dissolved on or about August 2014 and reformed as B&B Blending, LLC. Mr. Mayo continued his employment with B&B until the date he was summarily terminated on February 25, 2019.

2. Mr. Mayo served as a loyal and conscientious employee of B&B for almost ten years. During those ten years, he served in positions of increasing responsibility including as Inventory Controller, the position he held at the time his employment was summarily terminated.

2

3. Mr. Mayo was summarily terminated within 45 minutes of his having complained to Plant Manager Tony Kloke that he was being unfairly discriminated against because of his race in the distribution of overtime and wished to report the matter.

4. During his last year at B&B, Mr. Mayo had observed and reported a hostile, anti-Black work environment.

5. From 2018 to 2019, Mr. Mayo suffered from and reported a series of race-based incidents in the workplace at B&B to Plant Manager Mr. Kloke:

   a. Mr. Mayo, who is Black, reported to Mr. Kloke that he was being repeatedly referred to by the racial slur "N****" by his direct supervisor.

   b. Mr. Mayo also complained that his coworker told him that he "can't stand working with the likes of you" [meaning Black people] and that same employee then -- in front of Mr. Kloke -- threatened to beat Plaintiff.

   c. Mr. Mayo also reported an incident where a different coworker had been, in plain sight of others and without intervention by anyone including any manager, sneaking up behind Black employees and holding a hangman's noose behind the back of Black employees.

6. B&B took either no action or inadequate action to discipline the employees, managers and coworkers reported by Mr. Mayo.

7. Indeed, Mr. Mayo alleges that disciplinary actions at B&B were disproportionately taken against Black employees in an unlawfully discriminatory manner.

8. Mr. Mayo alleges that the benefits of being granted overtime were awarded in an unlawfully discriminatory manner against Black employees.

3

9. B&B allowed and effected the retaliatory termination of Mr. Mayo for complaining to his superiors of his suffering unlawful racial discrimination and a hostile work environment at B&B.

10. Mr. Mayo has exhausted all administrative process relating to his charge of race-based discrimination and retaliation against Defendant, and on or about September 29, 2020, Mr. Mayo was issued a Notice of Right to Sue from EEOC. *See* **Exhibit A**.

## THE PARTIES

11. Plaintiff Martin Mayo is an individual residing at 5190 Deephaven Ct., Denver, Colorado 80239.

12. Defendant B&B Blending, LLC is a Colorado Limited Liability Corporation, with principal place of business 10963 Leroy Dr., Northglenn, Colorado 80233; and registered agent CT Corporation System, 7700 E. Arapahoe Rd. Suite 220, Centennial, Colorado 80112.

## JURISDICTION AND VENUE

13. This Court has jurisdiction over this matter pursuant to C.R.S. § 13-1-124(1)(b) because the matter concerns causes of action arising out of the commission of tortious acts within the state of Colorado.

14. Venue is proper in this Court pursuant to Colo. Rules Civ. P. 98 because Plaintiff is a resident of Denver County.

## FIRST CAUSE -- UNLAWFUL DISCRIMINATION
(pursuant to U.S. Civil Rights Act of 1964, *42 U.S.C. §§ 2000e to 2000e-17*)

15. Plaintiff incorporates the foregoing allegations by this reference.

16. Mr. Mayo is a member of a protected class recognized pursuant to the U.S. Civil Rights Act of 1964, Title VII.

17. Mr. Mayo suffered unequal terms and conditions of his employment based on his race; to wit, he was unfairly deprived the benefits of overtime and unfairly subjected to burden of discipline.

18. The evidence supports an inference of unlawful discrimination, and the existence of a hostile work environment for members of the protected class that Plaintiff is a member of.

### SECOND CAUSE -- UNLAWFUL DISCRIMINATION
(pursuant to Colorado Anti-Discrimination Act, *C.R.S. 24-34-401 et seq.*)

19. Plaintiff incorporates the foregoing allegations by this reference.

20. Mr. Mayo is a member of a protected class recognized pursuant to Colorado Anti-Discrimination Act (CADA).

21. Mr. Mayo was qualified for the position he held and the overtime distribution he sought.

22. Mr. Mayo suffered adverse employment action despite his qualifications

23. The evidence supports an inference of unlawful discrimination.

### THIRD CAUSE OF ACTION – RETALIATION
(pursuant to U.S. Civil Rights Act of 1964, *42 U.S.C. §§ 2000e to 2000e-17*)

24. Plaintiff incorporates the above allegations by this reference.

25. Mr. Mayo suffered termination in retaliation for his complaining about the unlawful discrimination he suffered.

### FOURTH CAUSE OF ACTION – RETALIATION
(pursuant to Colorado Anti-Discrimination Act, *C.R.S. 24-34-401 et seq.*)

26. Plaintiff incorporates the above allegations by this reference.

27. Mr. Mayo suffered termination in retaliation for his complaining about the unlawful discrimination he suffered.

## JURY TRIAL DEMANDED

28. Plaintiff demands a trial by jury for all issues triable by a jury.

**WHEREFORE**, Plaintiff respectfully prays for judgement against Defendant B&B BLENDING, LLC and an award on behalf of Plaintiff of economic and noneconomic damages, costs and attorneys' fees, statutory penalties, punitive damages if authorized, as well as pre-judgment and post-judgment interest, and such other relief as is determined to be just and proper.

DATED: December 23, 2020

                                                Respectfully submitted,

                                                By: */s/ Dan Ernst*
                                                    DAN ERNST # 53438
                                                    BAKER LAW GROUP, LLC
                                                    *Attorneys for Plaintiff*
                                                    8301 E. Prentice Ave. Ste. 405
                                                    Greenwood Village, CO 80111
                                                    Telephone: 303-862-4564
                                                    Fax: 970-704-5741
                                                    *Original signature on file at counsel's office*

Plaintiff's address
5190 Deephaven Ct.
Denver, Colorado 80239