IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00263-KLM

MARTIN MAYO, an individual,

      Plaintiff,

v.

B&B BLENDING, LLC, a Colorado Limited Liability Company,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulation for Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#48] ("Stipulation").  Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

Because the Stipulation [#48] is signed by counsel for all parties of record,

IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees.  The Clerk of Court shall close this case.

      Dated:  June 2, 2022